# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

**JUDGMENT RENDERED DECEMBER 23, 2022**

---

**NO.  03-22-00612-CR**

**Ex parte John Desmarais**

---

**APPEAL FROM COUNTY COURT OF BELL COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND SMITH**
**DISMISSED FOR WANT OF JURISDICTION-- OPINION BY JUSTICE SMITH**

---

This is an appeal from the orders entered by the county court.  Having reviewed the record, it

appears that the Court lacks jurisdiction over this appeal.  Therefore, the Court dismisses the

appeal for want of jurisdiction.  Because appellant is indigent and unable to pay costs, no

adjudication of costs is made.